**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Hernandez, ) | No. CV-09-621-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Michael J. Astrue, Commissioner of ) Social Security Administration, ) | |
| Defendant. ) | |

On March 27, 2009, Plaintiff filed a complaint seeking judicial review of Defendant's administrative decision to deny social security benefits. Dkt. #1. Plaintiff has filed a motion to amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #11. Plaintiff seeks to replace language challenging the ALJ's initial decision with language setting forth purported errors in the ALJ's second decision, which is the subject of the instant action. *Id.* at 1-2. Defendant does not oppose the motion. Dkt. #16. Consistent with Rule 15's liberal amendment policy, the Court will grant the motion.

**IT IS ORDERED:**

1. Plaintiff's motion to amend complaint (Dkt. #11) is **granted**.

2. Plaintiff shall file the proposed lodged amended complaint (Dkt. #11-2) by **September 11, 2009**.

3. Defendant shall file an answer by **September 25, 2009**.

DATED this 2nd day of September, 2009.

_____
David G. Campbell
United States District Judge