**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John C. Hernandez, | No. CV-09-621-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff filed his opening brief on September 1, 2009. Dkt. #18. Plaintiff subsequently filed an amended complaint. Dkt. #19. Plaintiff has filed a motion to renew his opening brief, making clear that he does not intend to make any changes to the brief as a result of Defendant's answer to the amended complaint. Dkt. #21. Defendant does not oppose the motion. Dkt. #22.

**IT IS ORDERED:**

1. Plaintiff's motion to renew opening brief (Dkt. #21) is **granted**.
2. Defendant shall file an answering brief by **November 6, 2009**.
3. Plaintiff shall (i) file a reply brief by **November 27, 2009**, or (ii) within five days after service of the answering brief, notify the Court that he does not intend to file a reply brief.

DATED this 7th day of October, 2009.

_____
David G. Campbell
United States District Judge