1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF ARIZONA**

8

9    John C. Hernandez,                        No. CV-09-621-PHX-DGC

                          Plaintiff,           **ORDER**
10

11   vs.

12   Michael J. Astrue, Commissioner of Social
     Security,

13                        Defendant.

14

15         On January 15, 2010, the Court reversed Defendant's decision denying social

16   security benefits to Plaintiff.  Doc. 32.  On remand, Defendant awarded Plaintiff $55,996

17   in past-due benefits, withholding 25 percent of that amount  –  $13,999  –  for the

18   payment of potential attorney's fees.  Doc. 43-1.

19         Plaintiff's counsel, Mark Caldwell, has filed a motion for award of attorney's fees

20   under 42 U.S.C. § 406(b).  Doc. 42.  Defendant does not oppose the motion.  Doc. 44.

21   The requested fee award of $13,999 is consistent with the contingent fee agreement

22   between Plaintiff and Mr. Caldwell (Doc. 43-2), and is reasonable in that it represents an

23   hourly rate of $358.  *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002).

24         **IT IS THEREFORE ORDERED:**

25         1.     The motion for award of attorney's fees (Doc. 42) is **granted** pursuant to

26   42 U.S.C. § 406(b).

27         2.     Mark Caldwell, counsel for Plaintiff, is awarded **$13,999.00** in attorney's

28

1    fees, to be paid out of the sums withheld by Defendant from Plaintiff's past-due benefits.

2            3.      Mr. Caldwell shall, after receipt of the award under 42 U.S.C. § 406(b),

3    refund to Plaintiff the **$6,734.58** previously awarded under the Equal Access to Justice

4    Act, 28 U.S.C. §  2412.  Doc. 41.

5            Dated this 24th day of March, 2011.

_____
David G. Campbell
United States District Judge